## NATIONAL BANK OF KAW, OKLA., v. ANDREWS, Co. Treas.

No. 18463. Opinion Filed Dec. 17, 1929.

Thomas D. Lyons, C. L. Pinkham, Gordon Stater, and Adelbert Brown, for plaintiff in error.

Roy R. Carver, Co. Atty., and Howard C. Johnson, Asst. Co. Atty., for defendant in error.

REID, C. This cause is reversed and remanded, with directions to overrule defendant's demurrer and proceed under authority of cause No. 18459, American National Bank

of Tonkawa, Okla., v. Andrews, County Treasurer, 140 Okla. 266, 283 Pac. 253, this day decided.

BENNETT, TEEHEE, FOSTER, and LEACH, Commissioners, concur.

By the Court: It is so ordered.